# EXHIBIT A

**U.S. Patent No. 7,742,388**

| **Vehicle Tracking Solutions, LLC, d/b/a IntelliShift** |
|---|

| **Claim 1** | |
|---|---|
| 1. A method comprising: | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift ("IntelliShift," "IntelliShift," or "Defendant"), using the IntelliShift devices such as **IntelliShift Vehicle Gateway & Asset Tracking Devices**, including, but not limited to, IntelliShift OBD 11, Asset Trackers (such as IntelliShift AT-620, IntelliShift AT-502), Vehicle Gateway (such as IntelliShift VG-800), etc., **IntelliShift dashcams**, including, but not limited to, Alcam300, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, functionality, and applications ("Accused Product"), infringes claim 1, and/or infringes claim 1 by instructing its agents, affiliates, customers, and/or contractors to perform claim 1 using the Accused Products.

The Accused Products are adapted for wireless communications using the 3GPP Long Term Evolution cellular standard ("LTE").

 |

1

**U.S. Patent No. 7,742,388**

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---------|---|

**Connectivity**

- 4G LTE Cat4 cellular connectivity with 3G fallback where LTE coverage is unavailable.
- Operating Region: United States, Canada, Mexico LTE bands supported: 2,4,5,12,25,26

**Operating Specs**

- Operating Temperature: -20° to 60°C
- Input Power: 12V and 24V via diagnostic port connection, or direct voltage wiring harness

**Certifications**

- FCC
- IC
- PTCRB
- Various Wireless Carrier Certifications

**Location**

- Advanced 99 channel GPS module reads from GPS, GLONASS global navigation systems.
- Internal Antenna

**Additional Features**

- Audible piezo buzzer
- 3-Axis Accelerometer

https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-OBD11-Hardware-Datasheet?language=en_US

2

**U.S. Patent No. 7,742,388**

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|



**IntelliShift VG-800 Hardware Datasheet**

⊙ Mar 31, 2025 Knowledge

**Physical**

- Dimensions: 105mm x 65mm x 24 mm
- Weight: 96 grams
- Material: 2-piece ABS enclosure

**Location**

- Advanced 72 channel GPS module reads from GPS, GLONASS, BEIDOU, and GALILEO global navigation systems.
- Internal antenna for discrete installations, optional external antenna for non-standard mounting configurations.

**Vehicle Data Sources (CAN bus)**

- Light Duty Vehicles: OBDII
- Heavy Duty Vehicles: J1939 (type 1 and 2), J1708, J1850, K-Line, SW-CAN, MS-CAN, ISO9141

**Connectivity**

- 4G LTE Cat4 cellular connectivity, with 3G fallback where LTE coverage is unavailable.
- Operating Region: United States, Canada, Mexico LTE bands supported: 2,4,5,12,13
- Bluetooth BLE

3

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|-----------------------------------------------------|

**VG-800 (Vehicle Gateway) Hardware Datasheet**

**Operating Specs**

- Operating Temperature: -40° to 80°C
- Input Power: 12V and 24V via diagnostic port connection, or direct voltage wiring harness

**Certifications**

- FCC
- IC
- PTCRB
- Various Wireless Carrier Certifications

**Additional Features**

- Audible piezo buzzer
- 5 digital inputs
- 2 relay drive outputs
- 1 switched output
- RS-232 Port (5-wire)
- USB 2.0 port

**Overview**

The VG-800 Vehicle Gateway is an advanced telematics platform for fleets providing real-time location, analytics, sensor readings, accessory monitoring, and Hours of Service (HOS) ready for ELD applications.

Engineered with a plug and play installation, fleets can upfit their fleet easily to capture data and analytics in real time. Compatible with light, medium, and heavy duty on-road vehicles.

The IntelliShift Platform works with IntelliShift gateways, cameras, sensors and hardware. These are all part of a complete hardware and software platform designed for fleet, safety and operations professionals to manage their vehicles, drier, and heavy equipment to elevate fleet safety and efficiency.

https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-VG-800-Hardware-Datasheet?language=en_US

4

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| |  |

**IntelliShift AT-620 Hardware Datasheet**

⊙ Mar 31, 2025 Knowledge

**Physical**

- Dimensions: 138mm x 66mm x 38mm
- Weight: 320 grams
- Material: Flame Retardant ABS+PS
- Weather Rating: IP67

**Location**

- Advanced 75 channel GPS module reads from GPS, Gionass, Galileo, Beidou global navigation systems.
- Internal Antenna

**Certifications**

- FCC
- IC
- PTCRB
- Various Wireless Carrier Certifications

**Connectivity**

- 4G LTE Cat4 cellular connectivity with 3G fallback where LTE coverage is unavailable.
- Operating Region: United States, Canada, Mexico LTE bands supported: 2,4,5,12,13,18

**Operating Specs**

- Operating Temperature: -30° to 80°C
- Input Power: 12V and 24V via direct voltage wiring harness

**Additional Features**

- Backup Battery: 2-4 Months
- 3-Axis Accelerometer
- Digital I/Os: 4
- Serial Port: RS232
- Interface: 1-Wire BUS

https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-AT-620-Hardware-Datasheet?language=en_US

**U.S. Patent No. 7,742,388**

| Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|

| Claim 1 | |
|---|---|



**IntelliShift AT-502 Hardware Datasheet**

Mar 31, 2025 Knowledge

**Physical**

- Dimensions: 250mm x 59mm x 61mm
- Weight: 719 grams
- Material: Flame Retardant ABS+PS
- Weather Rating: IP67

**Location**

- Advanced 75 channel GPS module reads from GPS, Glonass, Galileo, **Beidou** global navigation systems.
- Internal Antenna

**Certifications**

- FCC
- IC
- PTCRB
- Various Wireless Carrier Certifications

**Connectivity**

- 4G LTE Cat4 cellular connectivity with 3G fallback where LTE coverage is unavailable.
- Operating Region: United States, Canada, Mexico LTE bands supported: 2,4,5,12,13,18

**Operating Specs**

- Operating Temperature: -20° to 60°C
- Input Power: None

**Additional Features**

- Backup Battery: ~4 Years

https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-AT-502-Hardware-Datasheet?language=en_US

**U.S. Patent No. 7,742,388**

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|
| | **AICam300: Overview**<br><br>⊘ Apr 18, 2025 Knowledge<br><br>*This article is only applicable to those using the AICam300.<br><br>IntelliShift's Dashcam product provides visibility of In-cab and Road facing video. Providing users with the ability to identify what happened within the cab of the asset and on the road as user-configured events are triggered. Events such as Hard Breaking, Rapid Acceleration, Harsh Turning, High Speed and Large Force Events. Each of these events will allow a 20-second clip of video to be brought within the IntelliShift platform, this paired with the On-demand video requests of up to two-minute intervals provides users with granular visibility of on-road incidents. IntelliShift's Dashcam platform is paired with its application Silent Passenger to provide a wholistic Safety Platform.<br><br>**Technical Specifications**<br><br>IntelliShift Dashcam provides a road facing camera which contains the internal components such as the Cellular Connectivity and the SD card, all secured with a key to protect against unwanted removal of any of the components. As well, an optional auxiliary driver-facing camera that can be mounted separately off the Road facing camera provides the ultimate solution for capturing the best views. IntelliShift's Dashcam solution is a continuous recording dashcam providing users the ability to request footage for times where there are no events.<br><br>**Road Facing Dashcam Specifications**<br><br>• 64GB SD Card *(Expandable to 128GB)*<br>• ~~Providing ~~~~up to 2~~~~4 hours of Video Recording~~<br>• **4g LTE Connectivity**<br>• 150˚ 1080P Wide-Angle Lens<br>• In-Cab Audio Recording*(Optional)*<br>• Parking Mode Recording - Provides the ability to record for events after the asset's ignition has gone off.<br><br>https://helpcenter.intellishift.com/HelpCenter/s/article/AICam300-Overview?language=en_US |
| generating a packet with a size correspondi ng to a protocol used for a network transmissio n, wherein the packet comprises a preamble having a | Defendant, using the Accused Products, performs a step and/or instructs its agents, affiliates, customers, and/or contractors to perform a step of generating a packet with a size corresponding to a protocol used for a network transmission, wherein the packet comprises a preamble having a first training symbol and a second training symbol.<br><br>The Accused Products receive the generated packet (or "frame") with a size ("Tf") corresponding to a protocol (LTE) used for network transmission. |

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| first training symbol and a second training symbol; | ## 4    Frame structure<br><br>Throughout this specification, unless otherwise noted, the size of various fields in the time domain is expressed as a number of time units $T_s = 1/(15000 \times 2048)$ seconds.<br><br>Downlink and uplink transmissions are organized into radio frames with $T_f = 307200 \times T_s = 10$ ms duration. Two radio frame structures are supported:<br><br>   - Type 1, applicable to FDD,<br>   - Type 2, applicable to TDD.<br><br>Transmissions in multiple cells can be aggregated where up to four secondary cells can be used in addition to the primary cell. Unless otherwise noted, the description in this specification applies to each of the up to five serving cells. In case of multi-cell aggregation, the UE may assume the same frame structure is used in all the serving cells.<br><br>(ETSI TS 136 211 V10.0 (2011-01) p. 9)<br><br>Each packet (or "frame") comprises 10 subframes, each sub frame equals 1ms duration. Further each subframe includes two slots each 0.5 ms long. An LTE frame structure (for example frame structure Type 1) is defined using a resource grid that include multiple subcarriers and OFDM symbols. The resource grid represents various subframes/slots that can include multiple signals such as synchronization signals and reference signals. The synchronization signals PSS and SSS (first training symbols) are used for time and frequency synchronization steps to identify where the frame begins and ends. Also, the reference signals/symbols (second training symbols) are used for the channel estimation. |

8

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | **4.1    Frame structure type 1**<br><br>Frame structure type 1 is applicable to both full duplex and half duplex FDD. Each radio frame is $T_f = 307200 \cdot T_s = 10$ ms long and consists of 20 slots of length $T_{slot} = 15360 \cdot T_s = 0.5$ ms, numbered from 0 to 19. A subframe is defined as two consecutive slots where subframe $i$ consists of slots $2i$ and $2i+1$.<br><br>For FDD, 10 subframes are available for downlink transmission and 10 subframes are available for uplink transmissions in each 10 ms interval. Uplink and downlink transmissions are separated in the frequency domain. In half-duplex FDD operation, the UE cannot transmit and receive at the same time while there are no such restrictions in full-duplex FDD.<br><br><br><br>**Figure 4.1-1: Frame structure type 1.**<br><br>(ETSI TS 136 211 V10.0 (2011-01) p. 10) |

U.S. Patent No. 7,742,388

| Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|
|  |

Figure 5.2.1-1: Uplink resource grid.
(ETSI TS 136 211 V10.0 (2011-01) p. 13)

| Claim 1 | |
|---|---|

10

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|----------------------------------------------------|
|         | ## 6.11    Synchronization signals |
|         | There are 504 unique physical-layer cell identities. The physical-layer cell identities are grouped into 168 unique physical-layer cell-identity groups, each group containing three unique identities. The grouping is such that each physical-layer cell identity is part of one and only one physical-layer cell-identity group. A physical-layer cell identity $N_{ID}^{cell} = 3N_{ID}^{(1)} + N_{ID}^{(2)}$ is thus uniquely defined by a number $N_{ID}^{(1)}$ in the range of 0 to 167, representing the physical-layer cell-identity group, and a number $N_{ID}^{(2)}$ in the range of 0 to 2, representing the physical-layer identity within the physical-layer cell-identity group. |
|         | ### 6.11.1    Primary synchronization signal |
|         | #### 6.11.1.1    Sequence generation |
|         | The sequence $d(n)$ used for the primary synchronization signal is generated from a frequency-domain Zadoff-Chu sequence according to |
|         | (ETSI TS 136 211 V10.0 (2011-01) p. 92) |
|         | ### 6.11.2    Secondary synchronization signal |
|         | #### 6.11.2.1    Sequence generation |
|         | The sequence $d(0),...,d(61)$ used for the second synchronization signal is an interleaved concatenation of two length-31 binary sequences. The concatenated sequence is scrambled with a scrambling sequence given by the primary synchronization signal. |
|         | (ETSI TS 136 211 V10.0 (2011-01) p. 93) |

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|------------------------------------------------------|
| | **PSS and SSS (LTE Synchronization)** |

After power-up, the UE tries to obtain time and frequency synchronization with the system. For this, UE needs to detect signals to find out where the frame begins and ends. LTE define two type of synchronization signals:

- Primary synchronization signal (PSS)
- Secondary synchronization signal (SSS)

UE uses the Synchronization Signals to:

- Achieve radio frame, subframe, slot and symbol synchronization in the time domain
- Identify the center of the channel bandwidth in the frequency domain
- Deduce the Physical layer Cell Identity (PCI)



Timing of Synchronisation Signals for FDD

https://www.techplayon.com/pss-and-sss-lte-synchronization/

12

U.S. Patent No. 7,742,388

| Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|
| Claim 1 |



Figure 2.3: PSS and SSS frame structure in frequency and time domain for an FDD cell.

https://raiith.iith.ac.in/713/1/EE11M1001.pdf

13



**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | To facilitate the estimation of the channel characteristics, LTE uses cell-specific reference signals (pilot symbols) inserted in both time and frequency. These pilot symbols provide an estimate of the channel at given locations within a subframe. Through interpolation, it is possible to estimate the channel across an arbitrary number of subframes.<br><br>**Channel Estimation Overview**<br>The pilot symbols in LTE are assigned positions within a subframe depending on the eNodeB cell identification number and which transmit antenna is being used, as shown in the following figure.<br><br><br><br>https://www.mathworks.com/help/lte/ug/channel-estimation.html |
| increasing the size of the packet by adding subcarriers to the | Defendant, using the Accused Products, performs a step and/or instructs its agents, affiliates, customers, and/or contractors to perform a step of increasing the size of the packet by adding subcarriers to the second training symbol of the packet to produce an extended packet, wherein a quantity of subcarriers of the second training symbol is greater than a quantity of subcarriers of the first training symbol. |

15

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| second training symbol of the packet to produce an extended packet, wherein a quantity of subcarriers of the second training symbol is greater than a quantity of subcarriers of the first training symbol; and | The Accused Products use the extended packet, such that the size of the packet is increased by adding subcarriers to the second training symbol ("Reference Signal") to produce an extended packet.<br><br>**Downlink Reference Signals**<br><br>Reference signals or symbols are used for channel estimation. They serve the same purpose that the Pilot signals do in other technologies. The location of the reference symbols is fixed along the time axis as they exist on the 1st and 5th symbol of every slot. Each Reference symbol takes one RE and the total number of REs in either the 1st or the 5th symbol depends on the bandwidth as there are 4 Reference Symbols per RB so it means that within each RB, there would be 2 RS in the 1st OFDM symbol and 2 RS in the 5th OFDM symbol. The position of the RS in the frequency domain varies on the basis of the PCI. The distribution of the RS in time and frequency domains helps the UEs to estimate the channel conditions in both time and frequency.<br><br>https://ourtechplanet.com/lte-frame-structure-made-simple/<br><br>Below is an illustration of an FDD frame.<br><br> |

16

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | A resource block (RB) is the smallest unit of resources that can be allocated to a user. The resource block is 180 kHz wide in frequency and 1 slot long in time. In frequency, resource blocks are either 12 × 15 kHz subcarriers or 24 × 7.5 kHz subcarriers wide The number of subcarriers used per resource block for most channels and signals is 12 subcarriers.<br><br>Frequency units can be expressed in number of subcarriers or resource blocks. For instance, a 5 MHz downlink signal could be described as 25 resource blocks wide or 301 subcarriers wide (DC subcarrier is not included in a resource block).<br><br>The underlying data carrier for an LTE frame is the resource element (RE). The resource element, which is 1 subcarrier × 1 symbol, is the smallest discrete part of the frame and contains a single complex value representing data from a physical channel or signal.<br><br>https://rfmw.em.keysight.com/wireless/helpfiles/89600b/webhelp/subsystems/lte/content/lte_overview.htm<br><br><br><br>**Figure 6.10.1.2-1. Mapping of downlink reference signals (normal cyclic prefix)**<br><br>(ETSI TS 136 211 V10.0 (2011-01) p. 77) |

17

**U.S. Patent No. 7,742,388**

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

### Claim 1



Figure 2.3: PSS and SSS frame structure in frequency and time domain for an FDD cell.

Available at https://raiith.iith.ac.in/713/1/EE11M1001.pdf

https://ourtechplanet.com/lte-frame-structure-made-simple/

18

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | The quantity of subcarriers of the second training symbol ("Reference Signal") is greater than a quantity of subcarriers of the first training symbol ("Synchronization Signals").<br><br><br><br>https://ourtechplanet.com/lte-frame-structure-made-simple/<br><br>### 6.11    Synchronization signals<br><br>There are 504 unique physical-layer cell identities. The physical-layer cell identities are grouped into 168 unique physical-layer cell-identity groups, each group containing three unique identities. The grouping is such that each physical-layer cell identity is part of one and only one physical-layer cell-identity group. A physical-layer cell identity $N_{ID}^{(1)}$ in the range of 0 to 167, representing the physical-layer $N_{ID}^{cell} = 3N_{ID}^{(1)} + N_{ID}^{(2)}$ is thus uniquely defined by a number $N_{ID}^{(1)}$ in the range of 0 to 167, representing the physical-layer cell-identity group, and a number $N_{ID}^{(2)}$ in the range of 0 to 2, representing the physical-layer identity within the physical-layer cell-identity group.<br><br>### 6.11.1    Primary synchronization signal<br><br>#### 6.11.1.1    Sequence generation<br><br>The sequence $d(n)$ used for the primary synchronization signal is generated from a frequency-domain Zadoff-Chu sequence according to |

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|------------------------------------------------------|
| | (ETSI TS 136 211 V10.0.0 (2011-01) p. 92)<br><br>**6.11.2    Secondary synchronization signal**<br><br>**6.11.2.1    Sequence generation**<br><br>The sequence $d(0),...d(61)$ used for the second synchronization signal is an interleaved concatenation of two length-31 binary sequences. The concatenated sequence is scrambled with a scrambling sequence given by the primary synchronization signal.<br><br>(ETSI TS 136 211 V10.0.0 (2011-01) p. 93)<br><br>**Primary Synchronization Signals:**<br><br>Primary synchronization signals consist of one of three 62-symbol Zadoff-chu sequences in a cell.<br><br>The Primary Synchronization Signal (PSS) is broadcast twice during every radio frame and both transmissions are identical.<br><br>**In the case of FDD:** the PSS is broadcast using the central 62 subcarriers belonging to the last symbol of time slots 0 and 10 «<br><br>**In the case of TDD:** the PSS is broadcast using the central 62 subcarriers belonging to the third symbol of time slot 2 (subframe 1) and the third symbol of time slot 12 (subframe 6)<br><br>PSS helps to achieve subframe, slot and symbol synchronization in the time domain, identify the center of the channel bandwidth in the frequency domain and deduce a pointer towards 1 of 3 Physical layer Cell Identities (PCI).<br><br>https://www.techplayon.com/pss-and-sss-lte-synchronization/ |

U.S. Patent No. 7,742,388

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |

**Secondary Synchronization Signals:**

After the primary sync signal acquisition, UE tries to detect the secondary synchronization signal. Secondary synchronization signals are one of 168 codes which are 62-bit sequences. The Secondary Synchronization Signal (SSS) is broadcast twice within every radio frame. The two transmissions of the SSS are different so the UE can detect which is the first and which is the second

**In the case of FDD:** the SSS is broadcast using the central 62 subcarriers belonging to the second to last symbol of time slots 0 and 10 «

**In the case of TDD:** the SSS is broadcast using the central 62 subcarriers belonging to the last symbol of time slot 1 (subframe 0) and the last symbol of time slot 11 (subframe 5)

SSS helps to achieve radio frame synchronization and deduce a pointer towards 1 of 168 Physical layer Cell Identity (PCI) groups.

Available at https://www.techplayon.com/pss-and-sss-lte-synchronization/



21

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | Available at https://www.techplayon.com/pss-and-sss-lte-synchronization/ |
| | Quantity of subcarriers for the Reference Signal: |
| |  |
| | Figure 6.10.1.2-1. Mapping of downlink reference signals (normal cyclic prefix) |
| | (ETSI TS 136 211 V10.0 (2011-01) p. 77) |

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|---------------------------------------------------|
|         |  |

Below is an illustration of an FDD frame.

**LTE FDD Frame**
**1.4 MHZ, Normal CP**

12 subcarriers

Resource Block

Slot (7 symbols)

0 ms    10 ms

Slot
Subframe
Frame

A resource block (RB) is the smallest unit of resources that can be allocated to a user. The resource block is 180 kHz wide in frequency and 1 slot long in time. In frequency, resource blocks are either 12 x 15 kHz subcarriers or 24 x 7.5 kHz subcarriers wide The number of subcarriers used per resource block for most channels and signals is 12 subcarriers.

Frequency units can be expressed in number of subcarriers or resource blocks. For instance, a 5 MHz downlink signal could be described as 25 resource blocks wide or 301 subcarriers wide (DC subcarrier is not included in a resource block).

The underlying data carrier for an LTE frame is the resource element (RE). The resource element, which is 1 subcarrier x 1 symbol, is the smallest discrete part of the frame and contains a single complex value representing data from a physical channel or signal.

https://rfmw.em.keysight.com/wireless/helpfiles/89600b/webhelp/subsystems/lte/content/lte_overview.htm

23



U.S. Patent No. 7,742,388

Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

https://outechplanet.com/lte-frame-structure-made-simple/

Quantity of subcarriers for the Synchronization Signals (PSS and SSS):

Figure 2.3: PSS and SSS frame structure in frequency and time domain for an FDD cell.

https://raiith.iith.ac.in/713/1/EE11M1001.pdf

Claim 1

24

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | **Mapping of the PSS**<br>The PSS is mapped into the first 31 subcarriers either side of the DC subcarrier. Therefore, the PSS uses six resource blocks with five reserved subcarriers each side, as shown in this figure.<br><br><br><br>As the DC subcarrier contains no information in LTE this corresponds to mapping onto the middle 62 subcarriers within an OFDM symbol in a resource grid. $d(n)$ is mapped from lowest subcarrier to highest subcarrier. The PSS is mapped to different OFDM symbols depending on which frame type is used. Frame type 1 is frequency division duplex (FDD), and frame type 2 is time division duplex (TDD).<br><br>https://www.mathworks.com/help/lte/ug/synchronization-signals-pss-and-sss.html<br><br>**Primary Synchronization Signals:**<br><br>Primary synchronization signals consist of one of three 62-symbol Zadoff-chu sequences in a cell.<br><br>The Primary Synchronization Signal (PSS) is broadcast twice during every radio frame and both transmissions are identical.<br><br>**In the case of FDD:** the PSS is broadcast using the central 62 subcarriers belonging to the last symbol of time slots 0 and 10 «<br><br>**In the case of TDD:** the PSS is broadcast using the central 62 subcarriers belonging to the third symbol of time slot 2 (subframe 1) and the third symbol of time slot 12 (subframe 6)<br><br>PSS helps to achieve subframe, slot and symbol synchronization in the time domain, identify the center of the channel bandwidth in the frequency domain and deduce a pointer towards 1 of 3 Physical layer Cell Identities (PCI).<br><br>https://www.techplayon.com/pss-and-sss-lte-synchronization/ |

25

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|---------------------------------------------------|

**Secondary Synchronization Signals:**

After the primary sync signal acquisition, UE tries to detect the secondary synchronization signal. Secondary synchronization signals are one of 168 codes which are 62-bit sequences. The Secondary Synchronization Signal (SSS) is broadcast twice within every radio frame. The two transmissions of the SSS are different so the UE can detect which is the first and which is the second

**In the case of FDD**: the SSS is broadcast using the central 62 subcarriers belonging to the second to last symbol of time slots 0 and 10

**In the case of TDD**: the SSS is broadcast using the central 62 subcarriers belonging to the last symbol of time slot 1 (subframe 0) and the last symbol of time slot 11 (subframe 5)

SSS helps to achieve radio frame synchronization and deduce a pointer towards 1 of 168 Physical layer Cell Identity (PCI) groups.

https://www.techplayon.com/pss-and-sss-lte-synchronization/



https://www.techplayon.com/pss-and-sss-lte-synchronization/

26

U.S. Patent No. 7,742,388

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| transmitting the extended packet from an antenna. | Defendant, using the Accused Products, performs a step and/or instructs its agents, affiliates, customers, and/or contractors to perform a step of transmitting the extended packet from an antenna.<br><br>The Accused Products receive the extended packet transmitted via network.<br><br><br><br>https://www.researchgate.net/publication/339335065_Passive_Method_for_Estimating_Available_Throughput_for_Autonomous_Off-Peak_Data_Transfer |

27

U.S. Patent No. 7,742,388

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**



Figure 2.3: PSS and SSS frame structure in frequency and time domain for an FDD cell.

https://raiith.iith.ac.in/713/1/EE11M1001.pdf

28

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|



https://ourtechplanet.com/lte-frame-structure-made-simple/

**Primary Synchronization Signals:**

Primary synchronization signals consist of one of three 62-symbol Zadoff-chu sequences in a cell.

The Primary Synchronization Signal (PSS) is broadcast twice during every radio frame and both transmissions are identical.

**In the case of FDD:** the PSS is broadcast using the central 62 subcarriers belonging to the last symbol of time slots 0 and 10 «

**In the case of TDD:** the PSS is broadcast using the central 62 subcarriers belonging to the third symbol of time slot 2 (subframe 1) and the third symbol of time slot 12 (subframe 6)

PSS helps to achieve subframe, slot and symbol synchronization in the time domain, identify the center of the channel bandwidth in the frequency domain and deduce a pointer towards 1 of 3 Physical layer Cell Identities (PCI).

29

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|

https://www.techplayon.com/pss-and-sss-lte-synchronization/

**Secondary Synchronization Signals:**

After the primary sync signal acquisition, UE tries to detect the secondary synchronization signal. Secondary synchronization signals are one of 168 codes which are 62-bit sequences. The Secondary Synchronization Signal (SSS) is broadcast twice within every radio frame. The two transmissions of the SSS are different so the UE can detect which is the first and which is the second

**In the case of FDD:** the SSS is broadcast using the central 62 subcarriers belonging to the second to last symbol of time slots 0 and 10 «

**In the case of TDD:** the SSS is broadcast using the central 62 subcarriers belonging to the last symbol of time slot 1 (subframe 0) and the last symbol of time slot 11 (subframe 5)

SSS helps to achieve radio frame synchronization and deduce a pointer towards 1 of 168 Physical layer Cell Identity (PCI) groups.

https://www.techplayon.com/pss-and-sss-lte-synchronization/



https://www.techplayon.com/pss-and-sss-lte-synchronization/

30



U.S. Patent No. 7,742,388

Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

Claim 1

Figure 6.10.1.2-1. Mapping of downlink reference signals (normal cyclic prefix)

(ETSI TS 136 211 V10.0 (2011-01) p. 77)

Below is an illustration of an FDD frame.

LTE FDD Frame
1.4 MHZ, Normal CP

31

**U.S. Patent No. 7,742,388**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | A resource block (RB) is the smallest unit of resources that can be allocated to a user. The resource block is 180 kHz wide in frequency and 1 slot long in time. In frequency, resource blocks are either 12 x 15 kHz subcarriers or 24 x 7.5 kHz subcarriers wide The number of subcarriers used per resource block for most channels and signals is 12 subcarriers.<br><br>Frequency units can be expressed in number of subcarriers or resource blocks. For instance, a 5 MHz downlink signal could be described as 25 resource blocks wide or 301 subcarriers wide (DC subcarrier is not included in a resource block).<br><br>The underlying data carrier for an LTE frame is the resource element (RE). The resource element, which is 1 subcarrier x 1 symbol, is the smallest discrete part of the frame and contains a single complex value representing data from a physical channel or signal.<br><br>https://rfmw.em.keysight.com/wireless/helpfiles/89600b/webhelp/subsystems/lte/content/lte_overview.htm |

32