# EXHIBIT B

**U.S. Patent No. 7,260,153**

| Vehicle Tracking Solutions, LLC, d/b/a IntelliShift | |
|---|---|
| **Claim 1** | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift ("Vehicle Tracking Solutions," "IntelliShift," or "Defendant"), using the IntelliShift devices such as IntelliShift Vehicle Gateway & Asset Tracking Devices, including, but not limited to, IntelliShift OBD 11, Asset Trackers (such as IntelliShift AT-620, IntelliShift AT-502), Vehicle Gateway (such as IntelliShift VG-800), etc., IntelliShift dashcams, including, but not limited to, AIcam300, etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, functionality, and applications ("Accused Product"), infringes claim 1.<br><br>The Accused Products are adapted for wireless communications using multiple communication protocols, including 3GPP Long Term Evolution ("LTE").<br><br> |
| 1. A method for evaluating a channel of a multiple-input multiple-output (MIMO) wireless communication system, wherein said communication system comprises at least two communication devices having a plurality of radiating elements for the parallel transmission of data sub-streams, comprising: | |

**U.S. Patent No. 7,260,153**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| |  https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-OBD11-Hardware-Datasheet?language=en_US |

| | |
|---|---|
| U.S. Patent No. 7,260,153 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift  |
| Claim 1 | |

**U.S. Patent No. 7,260,153**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | **Operating Specs**<br><br>- Operating Temperature: -40° to 80°C<br>- Input Power: 12V and 24V via diagnostic port connection, or direct voltage wiring harness<br><br>**Certifications**<br><br>- FCC<br>- IC<br>- PTCRB<br>- Various Wireless Carrier Certifications<br><br>**Additional Features**<br><br>- Audible piezo buzzer<br>- 5 digital inputs<br>- 2 relay drive outputs<br>- 1 switched output<br>- RS-232 Port (5-wire)<br>- USB 2.0 port<br><br>**VG-800 (Vehicle Gateway) Hardware Datasheet**<br><br>**Overview**<br><br>The VG-800 Vehicle Gateway is an advanced telematics platform for fleets providing real-time location, analytics, sensor readings, accessory monitoring, and Hours of Service (HOS) ready for ELD applications.<br><br>Engineered with a plug and play installation, fleets can upfit their fleet easily to capture data and analytics in real time. Compatible with light, medium, and heavy duty on-road vehicles.<br><br>The IntelliShift Platform works with IntelliShift gateways, cameras, sensors and hardware. These are all part of a complete hardware and software platform designed for fleet, safety and operations professionals to manage their vehicles, drier, and heavy equipment to elevate fleet safety and efficiency.<br><br>https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-VG-800-Hardware-Datasheet?language=en_US |

4



U.S. Patent No. 7,260,153

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| |  https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-AT-502-Hardware-Datasheet?language=en_US |

6

U.S. Patent No. 7,260,153

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | **AICam300: Overview**<br>Apr 18, 2025 Knowledge<br><br>*This article is only applicable to those using the AICam300.<br><br>IntelliShift's Dashcam product provides visibility of In-cab and Road facing video. Providing users with the ability to identify what happened within the cab of the asset and on the road as user-configured events are triggered. Events such as Hard Breaking, Rapid Acceleration, Harsh Turning, High Speed and Large Force Events. Each of these events will allow a 20-second clip of video to be brought within the IntelliShift platform, this paired with the On-demand video requests of up to two-minute intervals provides users with granular visibility of on-road incidents. IntelliShift's Dashcam platform is paired with its application Silent Passenger to provide a wholistic Safety Platform.<br><br>**Technical Specifications**<br><br>IntelliShift Dashcam provides a road facing camera which contains the internal components such as the Cellular Connectivity and the SD card, all secured with a key to protect against unwanted removal of any of the components. As well, an optional auxiliary driver-facing camera that can be mounted separately of the Road facing camera provides the ultimate solution for capturing the best views. IntelliShift's Dashcam solution is a continuous recording dashcam providing users the ability to request footage for times where there are no events.<br><br>**Road Facing Dashcam Specifications**<br>• 64GB SD Card (*Expandable to 128GB*)<br>• Providing up to 50 Hours of Video Recording<br>• **4g LTE Connectivity**<br>• 150° 1080P Wide-Angle Lens<br>• In-Cab Audio Recording(*Optional*)<br>• Parking Mode Recording - Provides the ability to record for events after the asset's ignition has gone off.<br><br>https://helpcenter.intellishift.com/HelpCenter/s/article/AICam300-Overview?language=en_US<br><br>A MIMO communication system comprises at least two communication devices (e.g., STA A and STAB) having a plurality of radiating elements (antennas) for the parallel transmission of data sub-streams,as depicted below.<br><br>The Accused Products are adapted for wireless communications using LTE.<br><br>LTE supports single and multi-user MIMO transmissions.<br><br>**7.1.5    Multi-user MIMO scheme**<br><br>For the multi-user MIMO transmission scheme of the PDSCH, the UE may assume that an eNB transmission on the PDSCH would be performed on one layer and according to Section 6.3.4.2.1 of [3]. The $\delta_{power-offset}$ dB value signalled on PDCCH with DCI format 1D using the downlink power offset field is given in Table 7.1.5-1.<br><br>Excerpted from p. 27 of 3GPP TS 36.213 Version 10.0.0 Release 10; Evolved Universal Terrestrial Radio Access |

**U.S. Patent No. 7,260,153**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | (E-UTRA); Physical layer procedures (available at https://www.3gpp.org/ftp/Specs/archive/36_series/36.213/36213-a00.zip) <br><br> A MIMO communication system comprises at least two communication devices (e.g., BS and UE) having a plurality of radiating elements (antennas) for the parallel transmission of data sub-streams. <br><br> ### 2.6 MIMO systems <br><br> MIMO systems, refers to systems that uses multiple antennas at the transmitter and the receiver side, the use of multi antennas will activate the ability to use many signal processing techniques which lead to performance improvement. The improvement can be divided in two categories, spatial diversity and spatial multiplexing, the first refers to the case where multipath scattering is being combated, while the later exploit the multipath scattering [21]. <br><br>  <br><br> (a) SU-MIMO  (b) MU-MIMO <br> Figure 8: Comparison between SU-MIMO and MU-MIMO. <br> https://www.eit.lth.se/sprapport.php?uid=1135 <br><br> For example, the Accused Products, which are used and operated by Defendants, including by its employees, agents, and contractors, are adapted for wireless communications using protocols including, but not limited to, LTE. |
| defining a channel | Defendant, using the Accused Products, performs a step of defining a channel matrix metric, said channel matrix metric comprising a respective predefined function of channel matrix singular values for each of said data sub- |

8

**U.S. Patent No. 7,260,153** | **Vehicle Tracking Solutions, LLC, d/b/a IntelliShift**
---|---
**Claim 1** | 
matrix metric, said channel matrix metric comprising a respective predefined function of channel matrix singular values for each of said data sub-streams, such that each of said predefined functions provides a measure of cross-talk signal to noise ratio (SNR) for said respective sub-stream; | streams, such that each of said predefined functions provides a measure of cross-talk signal to noise ratio (SNR) for said respective sub-stream.<br><br>For example, MIMO systems utilized within the context of LTE transmission can define a channel matrix metric that comprises a predefined function of channel matrix singular values for each of the data sub-streams. Each of the predefined functions provides a measure of cross-talk signal to noise ratio (SNR) for sub-streams.<br><br>**2.1 MIMO**<br><br>This paper discusses the MIMO concepts only to the extent that they apply to LTE transmission modes (see 3.2). Refer to [3] for a more detailed description of the MIMO concept as well as for a look at how MIMO is used in various communications systems.<br><br>MIMO systems are used to improve the robustness of data transmission or to increase data rates. Typically, a MIMO system consists of m transmit antennas and n receive antennas (Figure 1).<br><br>[Figure: MIMO system diagram with m transmit antennas on left, n receive antennas on right, showing channel matrix H connecting them with channel coefficients $h_{11}, h_{21}, h_{12}, h_{22}, h_{n1}, h_{nm}$; equation $x \; H \; y$]<br><br>*Figure 1: MIMO system with m TX and n RX antennas*

U.S. Patent No. 7,260,153

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | Simply stated, the receiver receives the signal **y** that results when the input signal vector **x** is multiplied by the transmission matrix **H**.<br><br>$y = H * x$<br><br>$$H = \begin{bmatrix} h_{11} & h_{12} & h_{..} & h_{1m} \\ h_{21} & h_{22} & h_{..} & h_{2m} \\ h_{..} & h_{..} & h_{..} & h_{..m} \\ h_{n1} & h_{n2} & h_{n..} & h_{nm} \end{bmatrix}$$<br><br>Transmission matrix **H** contains the channel impulse responses $h_{nm}$, which reference the channel between the transmit antenna m and the receive antenna n. Many MIMO algorithms are based on the analysis of transmission matrix **H** characteristics. The rank (of the channel matrix) defines the number of linearly independent rows or columns in H. It indicates how many independent data streams (layers) can be transmitted simultaneously.<br><br>https://cdn.rohde-schwarz.com/pws/dl_downloads/dl_application/application_notes/1ma186/1MA186_2e_LTE_TMs_and_beamforming.pdf<br><br>| Key downlink MIMO techniques | 802.16m | LTE | LTE-A |<br>|---|---|---|---|<br>| Open-loop transmit diversity | SFBC with precoder cycling | SFBC, SFBC+FSTD | Inherited from LTE |<br>| Open-loop spatial multiplexing | Single codeword with pre-coder cycling | Multiple codewords with large delay CDD | Inherited from LTE |<br>| Closed-loop spatial multiplexing | Advanced beamforming and precoding | Codebook-based precoding, UE-specific RS based beamforming | Advanced beamforming and precoding (under development) |<br>| Multi-user MIMO | Closed-loop and open-loop MU-MIMO | Closed-loop MU-MIMO | Closed-loop MU-MIMO (under development) |<br><br>**Table 1**. *Key techniques in MIMO downlink.*<br><br>https://ieeexplore.ieee.org/document/5458368 |
| obtaining an estimated channel matrix; | Defendant, using the Accused Products, performs a step of obtaining an estimated channel matrix.<br><br>There are various algorithms for obtaining an estimated channel matrix in MIMO systems. As part of the LTE standards, reporting of channel information further consists of a channel quality indicator (CQI). |

10

**U.S. Patent No. 7,260,153**

| Claim 1 | **Vehicle Tracking Solutions, LLC, d/b/a IntelliShift** |
|---|---|
| | **7.2 UE procedure for reporting Channel State Information (CSI)** |
| | The time and frequency resources that can be used by the UE to report CSI which consists of channel quality indicator (CQI), precoding matrix indicator (PMI), precoding type indicator (PTI), and/or rank indication (RI) are controlled by the eNB. For spatial multiplexing, as given in [3], the UE shall determine a RI corresponding to the number of useful transmission layers. For transmit diversity as given in [3]. RI is equal to one. |
| | Excerpted from p. 48 of 3GPP TS 36.213 Version 11.0.0 Release 11; Evolved Universal Terrestrial Radio Access (E-UTRA); Physical layer procedures |
| | (available at https://www.3gpp.org/ftp/Specs/archive/36_series/36.213/36213-b00.zip) |
| | **7.2.3   Channel quality indicator (CQI) definition** |
| | The CQI indices and their interpretations are given in Table 7.2.3-1. |
| | Based on an unrestricted observation interval in time and frequency, the UE shall derive for each CQI value reported in uplink subframe $n$ the highest CQI index between 1 and 15 in Table 7.2.3-1 which satisfies the following condition, or CQI index 0 if CQI index 1 does not satisfy the condition: |
| | - A single PDSCH transport block with a combination of modulation scheme and transport block size corresponding to the CQI index, and occupying a group of downlink physical resource blocks termed the CSI reference resource, could be received with a transport block error probability not exceeding 0.1. |
| | (TS 36.213 V11.0.0, p. 69) |
| | There are two main categories of CQI/PMI feedback mechanisms defined in the time domain: periodic and aperiodic. The RI is always a frequency nonselective type feedback and is associated with the corresponding CQI/PMI feedback. The supported time-frequency CQI/PMI feedback granularities determine the overall feedback amount, and the supported configurations depend on the physical uplink channel utilized. The aperiodic feedback—frequency selective—is supported on the uplink shared channel and is available only when the UE has downlink/uplink transmission scheduled while for the periodic feedback—frequency non/selective—both uplink control and shared channels can be used [13]. |
| | https://jwcn-eurasipjournals.springeropen.com/articles/10.1155/2011/496763 |

**U.S. Patent No. 7,260,153**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| performing a singular value decomposition (SVD) of said estimated channel matrix to obtain estimated channel singular values, said singular value decomposition comprising a left-hand unitary weighting matrix, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix. | Defendant, using the Accused Products, performs a step of performing a singular value decomposition (SVD) of said estimated channel matrix to obtain estimated channel singular values, said singular value decomposition comprising a left-hand unitary weighting matrix, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix.<br><br>Various algorithms can be implemented within an LTE MIMO system, including a singular value decomposition (SVD) comprising a left-hand unitary weighting matrix, a diagonal matrix of said estimated channel singular values, and a right-hand unitary weighting matrix.<br><br>**2.2.2. Transmission Modes**<br><br>The defined SIMO (Singe-Input Multiple-Output) and MIMO transmission schemes are categorized in several *transmission modes*. The definition of each transmission mode includes the required configuration information in the common downlink signaling channel and information on how the user terminal should search for this configuration message [13]. This mechanism is part of the general downlink signaling framework designed to allow a flexible time-frequency resource allocation separately to each UE based on the available system resources and the reported or measured channel conditions. The transmission mode for each UE is configured semistatically via higher layer signaling, in order to avoid excessive downlink signaling.<br><br>https://jwcn-eurasipjournals.springeropen.com/articles/10.1155/2011/496763 |

12

**U.S. Patent No. 7,260,153**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| weighting matrix; and | In a single-user MIMO system, identity matrix precoding (for open-loop) and SVD precoding (for closed-loop) are used to achieve link-level MIMO channel capacity. In addition, random unitary precoding can achieve the open-loop MIMO channel capacity with no signaling overhead in the uplink. The SVD precoding, on the other hand, has been shown to achieve the MIMO channel capacity when channel state information is signaled to the transmitter. In a precoded SU-MIMO system with $N_t$ transmit antennas and $N_r$ receive antennas, the input-output relationship can be described as $\mathbf{y} = \mathbf{HWs} + \mathbf{n}$ where $\mathbf{s} = [s_1, s_2, \ldots, s_M]^t$ is an $M \times 1$ vector of normalized complex-valued modulated symbols, $\mathbf{y} = [y_1, y_2, \ldots, y_{N_r}]^t$ and $\mathbf{n} = [n_1, n_2, \ldots, n_{N_r}]^t$ are the $N_r \times 1$ vectors of received signal and noise, respectively, $\mathbf{H}$ is the $N_r \times N_t$ complex-valued channel matrix, and $\mathbf{W}$ is the $N_t \times M$ linear precoding matrix. The superscript "t" denotes the transpose operator.

https://www.sciencedirect.com/science/article/pii/B9780123749642100104 |
| calculating a respective crosstalk measure for each of said sub-streams from said channel matrix metric and said estimated channel singular values. | Defendant, using the Accused Products, performs a step of calculating a respective crosstalk measure for each of said sub-streams from said channel matrix metric and said estimated channel singular values.

(massive MIMO) [1]. The performances benefited by MIMO in cellular systems are summarized as follows:
- Antenna gain: Array gain from multi-antenna can prolong battery life, extend cellular range, and provide higher throughput.
- Diversity gain: Spatial diversity from multi-antenna can improve reliability and robust operation of services.
- Multiplexing gain: Multi-stream transmission can provide higher data rates.
- Interference suppression: Transmit and/or receive (Tx/Rx) interference rejection combination (IRC) can increase the signal-to-interference-plus-noise ratio (SINR) and improve link reliability and robustness.

https://arxiv.org/pdf/2001.05021.pdf |