# EXHIBIT C

**U.S. Patent No. 7,206,837**

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|----------------------------------------------------|
| 1. A method comprising: | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift ("Vehicle Tracking Solutions," "IntelliShift," or "Defendant"), using the Intellishift Fleet Management platform/software/application (e.g., Intellishift web-based platform and/or mobile apps (such as IntelliShift Mobile, etc.)), driver apps such as IntelliShift In The Field, SP LogBook, etc, IntelliShift dashcams such as Intellishift Alcam 400, etc., IntelliShift's vehicle and asset sensors such as door sensor, temperature sensor, etc, and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, functionality, and applications ("Accused Product"), infringes claim 1.

**Press Release: VTS Announces Strategic Rebrand to IntelliShift**

*IntelliShift will outline its next phase of growth at ConnectedOps 2021, its annual conference of experts, customers and partners.*

**COMMACK, N.Y., August 31, 2021** — Vehicle Tracking Solutions (VTS), an innovative technology company helping fleet-driven organizations transform the way they make business decisions, today announced that it will rebrand to IntelliShift, the leading cloud-based fleet and safety management platform.

https://intellishift.com/resources/blog/vts-announces-strategic-rebrand-to-intellishift/ |

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

## Claim 1



2

| Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|
| **Claim 1** |

## Better asset utilization begins with the best data

**IntelliShift's Asset Tracking Software provides the insights you need to operate at maximum efficiency.**

No matter the makeup of your assets, IntelliShift Asset Tracking Software offers a central insights hub that provides a look at all your equipment KPIs – including location, activity, health, and performance. You'll receive accurate data in real time so that you can deploy resources with confidence and increase the profitability of your assets.



Operator: Maurice G.
Climate Controlled Truck
Route Status: En Route
ETA: 0 hrs 23 mins
Destination: 102 W. Findley St.

72°

GUARANTEED ROI

# How Asset Tracking Drives Positive Outcomes



**Get real-time location.**

IntelliShift tracks any powered or non-powered asset, large or small, to offer the most reliable real-time GPS location data and enable faster and smarter allocation of your assets.



**Protect investments in the field.**

With location monitoring, geofences, and custom alerts, you can track and retrieve lost or stolen equipment and protect your assets.



**Eliminate unnecessary leases and rentals.**

Utilization reporting shows how, when, and where your assets are being used. Get the right equipment where it's needed most.



**Boost asset lifespan.**

Up-to-the-minute data on asset utilization provides insight into how hard you're using your equipment, empowering you to schedule preventive maintenance before issues arise.

3

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

## Advanced Asset Tracking capabilities

**Claim 1**

### Configurable map views

View critical asset details at a glance. Custom map views allow you to see specific information at several levels of detail, and you can sort by regions, states, or job sites all in one screen.



### Geofencing and job site visibility

Use geofences to overlay an asset's location on top of active job sites or regions, and trigger alerts as soon as the asset moves away from that site. Geofences help you track assets and automate actions based on how your field operations are structured.




## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---------|---|

## Any asset, any power source

IntelliShift gateways support assets in a mixed fleet, regardless of size, power source, or purpose. This includes both solar and satellite powered tracking. If it's valuable to your business, you can track its whereabouts and utilization details.



## Anti-theft alerts

Program automatic alerts to know exactly when an asset is moved unexpectedly or operated away from a job site — keeping your assets secure and easily retrievable when other job site security measures fail.



https://intellishift.com/products/telematics/asset-tracking/

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|
| |  |

**GPS Fleet Tracking**

Get the insights you need to fully optimize your fleet with IntelliShift's GPS Fleet Tracking.

SEE IT LIVE

## Better fleet outcomes start with the right vehicle data

You don't need more IoT data; you need the ability to do more with your data.

IntelliShift's Vehicle Telematics collects data from more than 50 sensor points and is configured to deliver the insights that are most critical for optimizing your daily operations. You can easily adapt GPS tracking and performance data to get the visibility you desire.

Make the most of your data for a streamlined big-picture view, fewer headaches, and better ROI.

RISK-FREE TELEMATICS

6

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|

## Introducing risk-free telematics

**View and optimize everything.**

Bring all your assets together in a single view for full visibility of your operations, whether it's vehicles, OEM, heavy equipment, or yellow iron. Vehicle Telematics offers real-time GPS location, vehicle performance, diagnostic, and utilization data for your entire asset mix.

**Configure to your needs.**

Get implementation blueprints tailored to your objectives, fleet mix, industry, and customers. Receive only the vehicle and asset data you need to solve your specific problems each day.

**Avoid installation headaches.**

IntelliShift's project management and in-house installation teams are on the job fast to quickly set up Vehicle Telematics — removing onboarding support headaches and moving you toward results sooner than other providers.

**See guaranteed ROI — fast.**

Our partnership has only just begun once your assets are outfitted with Vehicle Telematics. We work with you continuously to configure and enhance your telematics, and we don't stop until you're successful.

HOW IT WORKS

## Advanced Vehicle Telematics Capabilities



**Real-time location**

Receive an accurate and reliable read on the location and motion of all the vehicles and assets in your fleet, leading to better visibility, insights, and security.

7

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**



https://intellishift.com/products/telematics/gps-fleet-tracking/

## Overview

Within IntelliShift, the Telematics map view provides users with the ability to view their fleet vehicles and assets within a single pane of glass. Whether providing ease of access to individual vehicles or segmenting the map to provide a customized map experience.

U.S. Patent No. 7,206,837

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|----------------------------------------------------|
|         |  |

https://helpcenter.intellishift.com/HelpCenter/s/article/Telematics-Map-View?language=en_US

9

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**

"IntelliShift Mobile" Navigation Overview



Within the IntelliShift Mobile application, you can,

- Access your menu to view **settings**, view your map, or log out (1)
- **Search** for an asset, location, or operator (2)
- If in "**cluster**" view, these clusters will tell you how many assets are in a location. You can zoom in on specific locations to see assets (3)
- **Change map view** to road, satellite, or auto. You can also toggle on traffic. (4)
- Filter by **branch** (5)
- Filter by **tag** (6)
- View **map legend** (7)
- Pinpoint your **current location** and zoom in (8)
- **Zoom** to fleet (9)
- **Refresh** locations (10)
- **Cluster or un-cluster** assets (11)
- **View All Assets** (list view) and Details (12)

https://intellishift.my.site.com/HelpCenter/s/article/IntelliShift-Mobile-Overview?language=en_US

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 |
|---|



## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|
| | For fleet managers who need instant access to fleet data while on the go, IntelliShift Mobile helps you manage your fleet anytime, anywhere.<br>• Access essential fleet insights on the go<br>• Track your assets and locate operators in your mobile workforce<br>• Replay and report on operators' routes, including total distance, time, and speed<br>• Understand and analyze stop details, with idle time and ignition status<br>• Share ETAs easily with your customers<br>• Receive real-time alerts and notifications to stay in the loop<br>• View dispatch details to stay on top of operations<br>The IntelliShift Mobile app requires a subscription to the IntelliShift fleet intelligence platform and Silent Passenger access. Silent Passenger account holders use the same credentials to login.<br><br>https://apps.apple.com/us/app/intellishift-mobile/id1577570288<br><br> |

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|
| | Screenshots  iPad  iPhone <br><br>  |

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|---------------------------------------------------|
| | The mobile app built for operators to stay safe, compliant, and efficient.<br><br>Stay on top of inspections, safety, and compliance—right from your phone. Designed specifically for fleet operators, IntelliShift In The Field makes it easy to complete DVIRs, track your personal safety score, review vehicle inspection history, and stay compliant with ELD logbook requirements.<br><br>Get the job done—faster, safer, and with fewer surprises.<br><br>Key Features:<br><br>Operator Safety Score<br>Monitor your personal safety score and make small changes that build safer habits.<br><br>Streamlined DVIRs and Inspections<br><br>Complete inspections for vehicles in just a few taps, including required photos, signatures, and mileage entry.<br><br>Inspection History at Your Fingertips<br>Easily review past inspection results, track unresolved issues, and view notes or updates from maintenance teams.<br><br>Built-In Logbook<br>Stay compliant with a streamlined ELD experience that prevents logout until key tasks are completed—like certifying logs, post-trip inspections, and log edits.<br><br>https://apps.apple.com/us/app/intellishift-in-the-field/id1510991573?platform=iphone |

14

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**



**SP LogBook** 4+

Vehicle Tracking Solutions

Designed for iPad

★★★ ★ ★ 2.5 • 35 Ratings

Free

**Screenshots**   iPad   iPhone

SP LOGBOOK®

Silent Passenger's LogBook allows you to meet the requirements set forth by the Federal Motor Safety Administration and manages Hours of Service (HOS) for your fleet drivers by combining the status of the driver from the SP LogBook iOS-based mobile application with the required vehicle data.

Drivers using the SP LogBook receive a simple Hours of Service (HOS) solution that will automatically record their hours on the app. The app will also communicate with the SilentPassenger® web application, providing alerts, reports, and logs to your dispatch and operations staff in the office.

https://apps.apple.com/us/app/sp-logbook/id1260958881?platform=iphone

15

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|
| | **IntelliShift AiCam400 Hardware Datasheet**

🕐 Mar 31, 2025 Knowledge



The AiCam400 is an AI Powered Dash Camera designed to support commercial fleet applications that require a secure configurable edge processing solution for a wide range of mobile assets types from light & heavy duty trucks.

The AiCam400 was purpose-built with an Artificial Intelligence engine that detects un-safe driving behavior in real-time, provides in-cab audio coaching, and sends video footage to the IntelliShift Platform for immediate viewing. Helping Exonerate Operators, and removing the thread of False Claims.

The AiCam400 is a companion device to the IntelliShift VG-800 gateway that connect via WiFi creating a secure connected vehicle, delivering an integrated dash camera solution that leverages in-vehicle diagnostic data to outperform standard dash cameras. The AiCam400 device records when the vehicles ignition is turned on, as detected by the CAN bus detection via OBDII and J1939. The AiCam400 contains 128GB of internal memory to record all driving footage.

With on board flash memory, the AiCam400 stores information to ensure if cellular coverage is not available, when it is restored your solution critical information is always retained.

An integrated GPS receiver paired with a 6-axis IMU consisting of both an accelerometer and gyroscope ensures precise, real-time location is recorded even in challenging geographies.

Plug and play installation that takes minutes to install delivers a fast, and easy deployment model.

**Video Specifications**

- Road FOV: 130°
- Operator FOV: 113°
- Resolution: 1080p(Road), 720p(Operator)
- Night Mode: 6 Operator Facing IRs
- Microphone

**Connectivity**

- Wi-Fi connected to VG-800

**Physical**

- Dimensions: 133mm x 47mm x 43mm
- Weight: 148 grams
- Material: Secure ABS enclosure

**Location**

- Advanced 72 channel GPS module reads from GPS, GLONASS, BEIDOU, and GALLILEO global navigation systems. |

16

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

### Claim 1

**Operating Specs**

- Operating Temperature: -20° to 70°C
- Input Power: 12V and 24V via PnP connection to VG-800 Harness

**Additional Features**

- 6-Axis IMU
- Built In Audio Speaker for in Vehicle Feedback
- Configurable Events
  - Phone Use
  - Inattentive Driving
    - Distraction
    - Fatigue
  - Forward Collision Warning
  - Following Distance Warning

https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-AiCam400-Hardware-Datasheet?language=en_US

## Sensor Monitoring

Increase operational visibility with IntelliShift's vehicle and asset sensors that meet your unique fleet needs and business goals.

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**



https://intellishift.com/products/telematics/sensors/

18

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | Defendant, using the Accused Products, performs the step of receiving a location of a mobile communications device that is in transit to a destination. |
|---|---|
| (i) receiving a location of a mobile communications device that is in transit to a destination; | Intellishift fleet management platform/softwares/applications (e.g., Intellishift web-based platform and/or mobile app) receives location data of a plurality of assets/vehicles that are in transit to a destination via the Intellishift vehicle telematics devices installed on the vehicle.<br><br> |

https://intellishift.com/solutions/fleet-managers/

| Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|
| **Claim 1** |

# Asset Tracking

Maximize the value of your powered and non-powered assets with IntelliShift's Asset Tracking Software.

## Better asset utilization begins with the best data

**IntelliShift's Asset Tracking Software provides the insights you need to operate at maximum efficiency.**

No matter the makeup of your assets, IntelliShift Asset Tracking Software offers a central insights hub that provides a look at all your equipment KPIs – including location, activity, health, and performance. You'll receive accurate data in real time so that you can deploy resources with confidence and increase the profitability of your assets.

| Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|
| Claim 1 |

GUARANTEED ROI

# How Asset Tracking Drives Positive Outcomes



**Get real-time location.**

IntelliShift tracks any powered or non-powered asset, large or small, to offer the most reliable real-time GPS location data and enable faster and smarter allocation of your assets.



**Protect investments in the field.**

With location monitoring, geofences, and custom alerts, you can track and retrieve lost or stolen equipment and protect your assets.



**Eliminate unnecessary leases and rentals.**

Utilization reporting shows how, when, and where your assets are being used. Get the right equipment where it's needed most.



**Boost asset lifespan.**

Up-to-the-minute data on asset utilization provides insight into how hard you're using your equipment, empowering you to schedule preventive maintenance before issues arise.

# Advanced Asset Tracking capabilities

## Configurable map views

View critical asset details at a glance. Custom map views allow you to see specific information at several levels of detail, and you can sort by regions, states, or job sites all in one screen.



21

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 |
|---|



## Geofencing and job site visibility

Use geofences to overlay an asset's location on top of active job sites or regions, and trigger alerts as soon as the asset moves away from that site. Geofences help you track assets and automate actions based on how your field operations are structured.

## Any asset, any power source

IntelliShift gateways support assets in a mixed fleet, regardless of size, power source, or purpose. This includes both solar and satellite powered tracking. If it's valuable to your business, you can track its whereabouts and utilization details.



22

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 |
|---------|



## Anti-theft alerts

Program automatic alerts to know exactly when an asset is moved unexpectedly or operated away from a job site — keeping your assets secure and easily retrievable when other job site security measures fail.

https://intellishift.com/products/telematics/asset-tracking/

23

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|

## Better fleet outcomes start with the right vehicle data

You don't need more IoT data; you need the ability to do more with your data.

IntelliShift's Vehicle Telematics collects data from more than 50 sensor points and is configured to deliver the insights that are most critical for optimizing your daily operations. You can easily adapt GPS tracking and performance data to get the visibility you desire.

Make the most of your data for a streamlined big-picture view, fewer headaches, and better ROI.

RISK-FREE TELEMATICS

## Introducing risk-free telematics

**View and optimize everything.**
Bring all your assets together in a single view for full visibility of your operations, whether it's vehicles, OEM, heavy equipment, or yellow iron. Vehicle Telematics offers real-time GPS location, vehicle performance, diagnostic, and utilization data for your entire asset mix.

**Configure to your needs.**
Get implementation blueprints tailored to your objectives, fleet mix, industry, and customers. Receive only the vehicle and asset data you need to solve your specific problems each day.

**Avoid installation headaches.**
IntelliShift's project management and in-house installation teams are on the job fast to quickly set up Vehicle Telematics — removing onboarding support headaches and moving you toward results sooner than other providers.

**See guaranteed ROI — fast.**
Our partnership has only just begun once your assets are outfitted with Vehicle Telematics. We work with you continuously to configure and enhance your telematics, and we don't stop until you're successful.

24

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

## Advanced Vehicle Telematics Capabilities

**HOW IT WORKS**



**Real-time location**

Receive an accurate and reliable read on the location and motion of all the vehicles and assets in your fleet, leading to better visibility, insights, and security.

**Claim 1**

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---------|--|



https://intellishift.com/products/telematics/gps-fleet-tracking/

**Overview**

Within IntelliShift, the Telematics map view provides users with the ability to view their fleet vehicles and assets within a single pane of glass. Whether providing ease of access to individual vehicles or segmenting the map to provide a customized map experience.

26

# U.S. Patent No. 7,206,837

| Claim 1 | |
|---|---|
| | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |



https://helpcenter.intellishift.com/HelpCenter/s/article/Telematics-Map-View?language=en_US

27

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|

"IntelliShift Mobile" Navigation Overview



Within the IntelliShift Mobile application, you can,

- Access your menu to view **settings**, view your map, or log out (1)
- **Search** for an asset, location, or operator (2)
- If in "**cluster**" view, these clusters will tell you how many assets are in a location. You can zoom in on specific locations to see assets (3)
- **Change map view** to road, satellite, or auto. You can also toggle on traffic. (4)
- Filter by **branch** (5)
- Filter by **tag** (6)
- View **map legend** (7)
- Pinpoint your **current location** and zoom in (8)
- **Zoom** to fleet (9)
- **Refresh** locations (10)
- **Cluster or un-cluster** assets (11)
- **View All Assets** (list view) and Details (12)

https://intellishift.my.site.com/HelpCenter/s/article/IntelliShift-Mobile-Overview?language=en_US

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

## Claim 1



29

U.S. Patent No. 7,206,837

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 |
| --- |

For fleet managers who need instant access to fleet data while on the go, IntelliShift Mobile helps you manage your fleet anytime, anywhere.

• Access essential fleet insights on the go

• Track your assets and locate operators in your mobile workforce

• Replay and report on operators' routes, including total distance, time, and speed

• Understand and analyze stop details, with idle time and ignition status

• Share ETAs easily with your customers

• Receive real-time alerts and notifications to stay in the loop

• View dispatch details to stay on top of operations

The IntelliShift Mobile app requires a subscription to the IntelliShift fleet intelligence platform and Silent Passenger access. Silent Passenger account holders use the same credentials to login.

https://apps.apple.com/us/app/intellishift-mobile/id1577570288

**IntelliShift AICam400 Hardware Datasheet**

Ⓘ Mar 31, 2025 Knowledge



The AICam400 is an AI Powered Dash Camera designed to support commercial fleet applications that require a secure configurable edge processing solution for a wide range of mobile assets types from light & heavy duty trucks.

The AICam400 was purpose-built with an Artificial Intelligence engine that detects un-safe driving behavior in real-time, provides in-cab audio coaching, and sends video footage to the IntelliShift Platform for immediate viewing. Helping Exonerate Operators, and removing the thread of False Claims.

The AICam400 is a companion device to the IntelliShift VG-800 gateway that connect via WiFi creating a secure connected vehicle, delivering an integrated dash camera solution that leverages in-vehicle diagnostic data to outperform standard dash cameras. The AICam400 device records when the vehicles ignition is turned on, as detected by the CAN bus detection via OBDII and J1939. The AICam400 contains 128GB of internal memory to record all driving footage.

With on board flash memory, the AICam400 stores information to ensure if cellular coverage is not available, when it is restored your solution critical information is always retained.

An integrated GPS receiver paired with a 6-axis IMU consisting of both an accelerometer and gyroscope ensures precise, real-time location is recorded even in challenging geographies.

Plug and play installation that takes minutes to install delivers a fast, and easy deployment model.

30

U.S. Patent No. 7,206,837

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---------|---|
| | **Video Specifications**<br>• Road FOV: 130°<br>• Operator FOV: 113°<br>• Resolution: 1080p(Road), 720p(Operator)<br>• Night Mode: 6 Operator Facing IR's<br>• Microphone<br><br>**Connectivity**<br>• Wi-Fi connected to VG-800<br><br>**Operating Specs**<br>• Operating Temperature: -20° to 70°C<br>• Input Power: 12V and 24V via PnP connection to VG-800 Harness | **Physical**<br>• Dimensions: 133mm x 47mm x 43mm<br>• Weight: 148 grams<br>• Material: Secure ABS enclosure<br><br>**Location**<br>• Advanced 72 channel GPS module reads from GPS, GLONASS, BEIDOU, and GALLILEO global navigation systems.<br><br>**Additional Features**<br>• 6-Axis IMU<br>• Built In Audio Speaker for in Vehicle Feedback<br>• Configurable Events<br>  • Phone Use<br>  • Inattentive Driving<br>  • Distraction<br>  • Fatigue<br>  • Forward Collision Warning<br>  • Following Distance Warning |

https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-AiCam400-Hardware-Datasheet?language=en_US

| (ii) estimating the time-of-arrival bounds for said mobile | Defendant, using the Accused Products, performs the step of estimating the time-of-arrival bounds for said mobile communications device at said destination for a confidence interval based on: (a) said location, and (b) at least one historical travel time statistic. |
|---|---|

31

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| communications device at said destination for a confidence interval based on: (a) said location, and (b) at least one historical travel time statistic; and | Intellishift fleet management platform/software/application (e.g., Intellishift web-based platform and/or mobile app) estimates the arrival time (ETA) of the vehicles based on their received location (real-time tracking data) and historical travel time statistics (historical tracking data/trip history).<br><br>**Find Address and ETA**<br>Feb 18, 2025 Knowledge<br><br>Overview<br>While managing your fleet, you may need to locate an address and decide which vehicle/operator to send. With IntelliShift's "Find Address" feature, you can do just that. In the article below, learn how to use "Map View" to find an address and view a list of vehicle and ETAs.<br><br>Table of Contents<br>• Find Address and Vehicle ETAs<br><br>Find Address and Vehicle ETAs<br>To learn how to find an address and display vehicle ETAs, watch the short video below.<br><br>https://helpcenter.intellishift.com/HelpCenter/s/article/Telematics-ETA?language=en_US<br><br>**Find an Address, View Vehicle ETAs**<br>K Field | 10 steps | 25 seconds<br>IntelliShift |

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**

Select "Nearby Assets"



33

U.S. Patent No. 7,206,837

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|

**10** Notice that nearby assets will display in the list. Select the "ETA" button to display how long it would take for the vehicle to arrive at the location given current road conditions.





https://scribehow.com/viewer/Find_an_Address_View_Vehicle_ETAs__aWT5fEobQ2CA7k9vCWKoNg

34

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | Overview |
| | Within IntelliShift, the Telematics map view provides users with the ability to view their fleet vehicles and assets within a single pane of glass. Whether providing ease of access to individual vehicles or segmenting the map to provide a customized map experience. |
| | Table of Contents |
| | • Access Map View |
| | • Map View Navigation Overview |
| | • Map Legend |
| | • Map View Tour |
| | Access Map View |
| | To view your fleet map, follow these steps: |
| | 1. In the left-hand navigation, select the "**Telematics**" service module. |
| | 2. In the top navigation, select "**Map View**" |
| | https://helpcenter.intellishift.com/HelpCenter/s/article/Telematics-Map-View?language=en_US |

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**

10 Select the "ETA" tab to understand how long it would take for an asset to arrive at a new location, given current traffic and limitations.



https://scribehow.com/viewer/Map_View_Tour_b9eAuQ7NT_mRsmhRW-c6Cg

36

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | Navigate - Select navigate and pick your preferred navigation app to get directions to this asset. |
| | Route - Select route to display the route of the vehicle for the current day. Tap the date displayed to change the date and view the route for that vehicle on a different day. Tap play to see the progress of the vehicle on the route. Select fast forward or rewind to scan through the route more quickly, you can also advance the vehicle to the beginning or end of the route for that day. |
| | Alerts - Select Alert to create departure alerts by SMS or email. |
| | Stops Report - Select the Stops Report to display a summary of the vehicle activity that day, list of the vehicle movement. Select the route icon to see route mapped. Tap play to see the progress of the vehicle on the route. Select fast forward or rewind to scan through the route more quickly, you can also advance the vehicle to the beginning or end of the route for that day. Change the date on the report to see the report for a different day. |
| | ETA - Select ETA to determine the estimated time of arrival at the desired location. Enter a valid address and submit. The ETA will be supplied and you create an Arrival Alert to be notified by email or text (SMS) then the vehicle arrives at your destination. |
| | Dispatch - Select Dispatch to see service tickets assign to the driver. |

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**



https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-Mobile-User-Guide?language=en_US

U.S. Patent No. 7,206,837

## Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|

- A new *Historical Lookup* function was added to provide users the ability to review the closest assets and the ETA to a location based on a selected moment in time. This allows users to better understand driver and dispatching assignments. If desired, users can opt to show the route taken by each asset. When selected, a new browser tab will open, and the Route Playback option will preload the route for the requested Asset. Users will be shown the route taken for a 3-hour period starting 45 minutes prior to the selected date/time.



https://intellishift.my.site.com/HelpCenter/s/article/June-2021-Release-Notes?language=en_US

# Fleet Intelligence

By analyzing historical data, patterns, and trends maintenance needs are more predictable. Drivers at higher risk of accidents can be identified, and potential safety hazards can be detected. Fleet, safety, and operations leaders can leverage these insights to implement proactive measures. Then, targeted maintenance, personalized training programs, and route optimization can mitigate risks and enhance safety.

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | **Identifying Risk Patterns and Trends in Fleet Safety** |
| | Leveraging historical data and advanced algorithms, fleet managers can uncover correlations between variables such as driver behavior, vehicle maintenance, and accident rates. These insights enable proactive risk mitigation strategies, such as targeted training programs and refined operational procedures. |
| | **Predictive Maintenance for Preventive Measures** |
| | By collecting data on vehicle usage and maintenance history, fleet managers can identify potential maintenance issues before they escalate into major problems. Timely maintenance interventions not only enhance vehicle safety but also contribute to cost savings by reducing the likelihood of breakdowns and costly repairs. |
| | https://intellishift.com/resources/blog/how-to-improve-fleet-safety-in-your-organization-through-culture-technology-and-data/ |
| (iii) sending the time-of-arrival bounds to said mobile communications device. | Defendant, using the Accused Products, performs the step of sending the time-of-arrival bounds to said mobile communications device.<br><br>Intellishift fleet management platform/software/application (e.g., Intellishift web-based platform and/or mobile app) send the estimated arrival time to the respective vehicle/asset/trailers. |

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---------|---|
| | **Tools Overview**<br><br>⊙ Feb 21, 2025 Knowledge<br><br>IntelliShift's Tool tab provides users with the ability to Manage Operator Assignments to Assets, Landmarks, Geofences, and send Driver's a text message.<br><br>**Operator Assignment**<br><br>Operator assignment allows users to assign Operators to an asset they are currently using, or schedule them to be assigned to the asset for a future date and time. The user will as well be able to assign the operator to the asset for a set shift period, or until be able to choose to keep the driver assigned until reassigned. At this time a single operator can be assigned to a single asset. However, with the scheduling feature, IntelliShift's operator assignment will allow you to set up a future-looking schedule.<br><br>**Landmarks**<br><br>Landmarks are utilized within IntelliShift to create specific points of interest that are matched to a specific address. These are often utilized to mark the company locations, customer locations, vendors, but with the ability to create custom categories this tool provides endless possibilities. Within the Tools tab, users with the appropriate permissions will be able to Add, Edit, or Delete Landmarks. Within Manage Landmarks users will be able to handle the creation of categories and define specific icons to represent those landmarks residing within those categories.<br><br>IntelliShift offers the ability to have landmarks imported into the system as well.<br><br>**Geofences**<br><br>IntelliShift's utilization of Geofences is different from the utilization of Landmarks. Geofences are zones that are created to provide users with the ability to track entrances, exits, and even asset activity within these zones. These are often utilized for job sites, where the operations team wants to be able to identify the times that the assets are entering the job site and exiting the job site. From a safety/job site compliance standpoint with the utilization of Geofences and reports that IntelliShift has developed for these geofences, it can provide users within these roles with the ability to identify a major part of the job which is making sure assets and operators are following compliance.<br><br>**Send Operator a Text Message**<br><br>Within the IntelliShift application, users are able to send out one-way messages to their operators, either to a single operator or a group of operators at a time. These messages can be used for sending out company notifications, job-related notices or any other organization functions where notifying the operators are a must.<br><br>https://helpcenter.intellishift.com/HelpCenter/s/article/telematics-Tools-Overview?language=en_US<br><br>**Find Address and ETA**<br><br>⊙ Feb 18, 2025 Knowledge<br><br>## Overview<br><br>While managing your fleet, you may need to locate an address and decide which vehicle/operator to send. With IntelliShift's "Find Address" feature, you can do just that. In the article below, learn how to use "Map View" to find an address and view a list of vehicle and ETAs.<br><br>Table of Contents<br><br>• Find Address and Vehicle ETAs<br><br>Find Address and Vehicle ETAs<br><br>To learn how to find an address and display vehicle ETAs, watch the short video below.<br><br>https://helpcenter.intellishift.com/HelpCenter/s/article/Telematics-ETA?language=en_US |

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|

**Find an Address, View Vehicle ETAs**

K Field | 10 steps | 25 seconds

Intellishift

Select "Nearby Assets"



# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**

**10** Notice that nearby assets will display in the list. Select the "ETA" button to display how long it would take for the vehicle to arrive at the location given current road conditions.



https://scribehow.com/viewer/Find_an_Address_View_Vehicle_ETAs__aWT5fEobQ2CA7k9vCWKoNg

43

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|----------------------------------------------------|
| | **Overview**<br><br>Within IntelliShift, the Telematics map view provides users with the ability to view their fleet vehicles and assets within a single pane of glass. Whether providing ease of access to individual vehicles or segmenting the map to provide a customized map experience.<br><br>Table of Contents<br><br>• Access Map View<br>• Map View Navigation Overview<br>• Map Legend<br>• Map View Tour<br><br>**Access Map View**<br><br>To view your fleet map, follow these steps:<br><br>1. In the left-hand navigation, select the **"Telematics"** service module.<br>2. In the top navigation, select **"Map View"**<br><br>https://helpcenter.intellishift.com/HelpCenter/s/article/Telematics-Map-View?language=en_US |

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

**Claim 1**

**10** Select the "ETA" tab to understand how long it would take for an asset to arrive at a new location, given current traffic and limitations.



https://scribehow.com/viewer/Map_View_Tour__b9eAuQ7NT_mRsmhRW-c6Cg

45

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---------|------------------------------------------------------|
|  | Navigate - Select navigate and pick your preferred navigation app to get directions to this asset.<br><br>Route - Select route to display the route of the vehicle for the current day. Tap the date displayed to change the date and view the route for that vehicle on a different day. Tap play to see the progress of the vehicle on the route. Select fast forward or rewind to scan through the route more quickly, you can also advance the vehicle to the beginning or end of the route for that day.<br><br>Alerts - Select Alert to create departure alerts by SMS or email.<br><br>Stops Report - Select the Stops Report to display a summary of the vehicle activity that day, list of the vehicle movement. Select the route icon to see route mapped. Tap play to see the progress of the vehicle on the route. Select fast forward or rewind to scan through the route more quickly, you can also advance the vehicle to the beginning or end of the route for that day. Change the date on the report to see the report for a different day.<br><br>ETA - Select ETA to determine the estimated time of arrival at the desired location. Enter a valid address and submit. The ETA will be supplied and you create an Arrival Alert to be notified by email or text (SMS) then the vehicle arrives at your destination.<br><br>Dispatch - Select Dispatch to see service tickets assign to the driver. |

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

| Claim 1 | |
|---|---|
| |  https://helpcenter.intellishift.com/HelpCenter/s/article/IntelliShift-Mobile-User-Guide?language=en_US |

# Vehicle Tracking Solutions, LLC, d/b/a IntelliShift

## Claim 1

• A new *Historical Lookup* function was added to provide users the ability to review the closest assets and the ETA to a location based on a selected moment in time. This allows users to better understand decisions made for dispatching assignments. If desired, users can opt to show the route taken by each asset. When selected, a new browser tab will open, and the Route Playback option will preload for the requested Asset. Users will be shown the route taken for a 3-hour period starting 45 minutes prior to the selected date/time.



https://intellishift.my.site.com/HelpCenter/s/article/June-2021-Release-Notes?language=en_US

# Fleet Intelligence

By analyzing historical data, patterns, and trends maintenance needs are more predictable. Drivers at higher risk of accidents can be identified, and potential safety hazards can be detected. Fleet, safety, and operations leaders can leverage these insights to implement proactive measures. Then, targeted maintenance, personalized training programs, and route optimization can mitigate risks and enhance safety.

48

U.S. Patent No. 7,206,837

| Claim 1 | Vehicle Tracking Solutions, LLC, d/b/a IntelliShift |
|---|---|
| | ## Identifying Risk Patterns and Trends in Fleet Safety<br><br>Leveraging historical data and advanced algorithms, fleet managers can uncover correlations between variables such as driver behavior, vehicle maintenance, and accident rates. These insights enable proactive risk mitigation strategies, such as targeted training programs and refined operational procedures.<br><br>## Predictive Maintenance for Preventive Measures<br><br>By collecting data on vehicle usage and maintenance history, fleet managers can identify potential maintenance issues before they escalate into major problems. Timely maintenance interventions not only enhance vehicle safety but also contribute to cost savings by reducing the likelihood of breakdowns and costly repairs.<br><br>https://intellishift.com/resources/blog/how-to-improve-fleet-safety-in-your-organization-through-culture-technology-and-data/ |