UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **February 11, 2026** |
| **TIME:** | **1:00PM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **25-CV-4453 (NJC)(LGD)** |
| **NAME OF CASE(S):** | Fleet Connect Solutions LLC v. Vehicle Tracking Solutions LLC |
| **FOR PLAINTIFF(S):** | Mark Ekonen |
| **FOR DEFENDANT(S):** | Ari Jason Jaffess, Michael Casey |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 1:05-1:19 |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the parties' joint proposed schedule in paragraph 7(a) of DE [24] is APPROVED, except that the undersigned declines to schedule a *Markman* hearing. The parties shall submit a request for a *Markman* hearing to District Judge Nusrat J. Choudhury by **3/4/2026.**

As for the deadlines on which the parties disagree (*see* DE [24] at 4-6), the parties shall submit letters -- limited to three pages, excluding a reasonable number of exhibits -- by **3/4/2026**, delineating their positions on those deadlines and citing the local rules or case law supporting their positions.

The parties shall submit a joint status report by **7/31/2026**.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge