**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>VEHICLE TRACKING SOLUTIONS, LLC D/B/A INTELLISHIFT,<br><br>Defendant. | **Civil Action No. 2:25-cv-04453-NJC-LGD** |

**JOINT PROPOSED SCHEDULE**

Pursuant to the Court's Order of March 10, 2026, Plaintiff Fleet Connect Solutions LLC ("Fleet Connect") and Defendant Vehicle Tracking Solutions, LLC d/b/a Intellishift ("Intellishift") (collectively, the "Parties"), submit this joint proposed schedule. In addition to the deadlines in paragraph 7(a) of the Parties' February 4, 2026 Joint Scheduling Report (D.I. 24 at 3-4), which the Court has approved (D.I. 28 at 1), the Parties submit the below two dates:

| **Event** | **Date** |
|---|---|
| Plaintiff serves infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e., the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. | March 19, 2026 |
| Defendant serves invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). | June 4, 2026 |

Dated: March 17, 2026

Respectfully submitted,

*/s/ James F. McDonough, III*
James F McDonough, III (admitted *pro hac vice*)
Mark R. Ekonen (admitted *pro hac vice*)
Rozier Hardt McDonough PLLC
659 Auburn Avenue NE, Unit 254
Atlanta, GA 30312
404-564-1866
jim@rhmtrial.com

**Counsel for Plaintiff**
**Fleet Connect Solutions LLC**

*/s/ Ari J. Jaffess*
Ari J. Jaffess
ari.jaffess@listonabramson.com
Alex G. Patchen
alex.patchen@listonabramson.com

**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
Tel: (212) 257-1630
Fax: (917) 633-5568

Siddhesh V. Pandit (admitted *pro hac vice*)
svp@maierandmaier.com
Timothy J. Maier (*pro hac vice to be submitted*)
tjm@maierandmaier.com
Michael R. Casey (admitted *pro hac vice*)
mrc@maierandmaier.com

**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, VA 22314
(703) 740-8322 (phone)
(703) 991-7071 (fax)

Thomas J. Gohn (admitted *pro hac vice*)
tjg@maierandmaier.com

**MAIER & MAIER PLLC**
8750 N. Central Expressway
Suite 1850
Dallas, Texas 75231
(703) 740-8322 (phone)
(703) 991-7071 (fax)

**Counsel(s) for Defendant**
**Vehicle Tracking Solutions, LLC**
**d/b/a IntelliShift**